**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-6139

_____

MARION LEON BEA,

                                        Plaintiff - Appellant,

          versus

BETH   ARTHUR,   Sheriff,   Arlington   County
Detention Facility,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (1:04-cv-00802-TSE)

_____

Submitted: July 25, 2006            Decided: August 1, 2006

_____

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Marion Leon Bea, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marion Leon Bea appeals the district court's order denying relief on his motions to file an amended complaint in a 42 U.S.C. § 1983 (2000) action that was already closed, which the district court construed as motions for reconsideration of the dismissal of the § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bea v. Arthur, No. 1:04-cv-00802-TSE (E.D. Va. filed Jan. 9, 2006 & entered Jan. 10, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED